STATE v. EASTERLING

No. 143 PC.

Case below: 36 N.C. App. 155.

Petition by defendant for discretionary review under G.S. 7A-31 denied 14 July 1978.

STATE v. EVANS

No. 149 PC.

Case below: 36 N.C. App. 166.

Petition by defendant for discretionary review under G.S. 7A-31 denied 14 July 1978.

STATE v. FORNEY

No. 150 PC.

Case below: 36 N.C. App. 388.

Petition by defendant for discretionary review under G.S. 7A-31 denied 14 July 1978.

STATE v. HAIRSTON

No. 188 PC.

Case below: 36 N.C. App. 641.

Petition by defendant for discretionary review under G.S. 7A-31 denied 14 July 1978.

STATE v. HOSKINS

No. 138 PC.

Case below: 36 N.C. App. 92.

Petition by defendant for discretionary review under G.S. 7A-31 denied 14 July 1978.